Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Thad Blank
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
ALEXANDER LEE TUCKER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| UNITED STATES OF AMERICA, | ) | 1:20-cr-00068-DCN |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE AND ASSIGNMENT OF COUNSEL |
| vs. | ) ) | |
| ALEXANDER LEE TUCKER | ) ) | |
| Defendant. | ) ) | |

TO:  CLERK OF THE COURT, UNITED STATES DISTRICT COURT
     BART M. DAVIS, UNITED STATES ATTORNEY
     FRANCIS ZEBARI, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Thad Blank of the Federal Defender Services of Idaho, is hereby assigned this matter and therefore makes an appearance in the above action on behalf of the defendant, ALEXANDER

LEE TUCKER, and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Dated: March 27, 2020	SAMUEL RICHARD RUBIN
	FEDERAL PUBLIC DEFENDER
	By:


	/s/ Thad Blank
	Thad Blank
	Federal Defender Services of Idaho
	Attorneys for Defendant
	ALEXANDER LEE TUCKER

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 27th day of March 2020.

Francis Zebari, Assistant United States Attorney
Office of the United States Attorney          ____United States Mail
Washington Group Plaza, IV                 ____Hand Delivery
800 Park Blvd, Suite 600                     ____Facsimile Transmission
Boise, ID 83712                               __X__CM/ECF Filing
(208) 334-1211                                ____Email Transmission
(208) 334-1413 – Facsimile
Frank.Zebari@usdoj.gov


Dated: March 27, 2020          /s/ Sybil Davis
                                      Sybil Davis