UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER LEE TUCKER,<br><br>Defendant. | Case No. 1:20-cr-00068-DCN<br><br>**ORDER CONTINUING TRIAL READINESS CONFERENCE AND TRIAL** |

Pursuant to General Order 365 of the District and Bankruptcy Courts for the District of Idaho, the trial in this matter is being continued. As stated in the General Order, this continuance is made necessary because the COVID-19 pandemic and the measures being undertaken to control the spread of the illness make it unfeasible and inadvisable to summons potential jurors for jury trial proceedings. The delay caused by this continuance is deemed excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) because the ends of justice served by ordering these continuances outweighs the best interest of the public and each defendant's right to speedy trial. Accordingly,

IT IS HEREBY ORDERED that the present trial date be VACATED, and that a new trial be set for **June 22, 2020, at 1:30 p.m.** in the U.S. Courthouse in Boise, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **June 9, 2020, at 4:00 p.m. (mountain time).** The Government shall place the call to (208) 478-8391 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions, except Motions in Limine, shall be filed on or before **May 8, 2020.** Motions in Limine shall be filed on or before **May 23, 2020**.

DATED: April 22, 2020

_____
David C. Nye
Chief U.S. District Court Judge