Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Thad Blank
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
ALEXANDER LEE TUCKER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:20-cr-00068-DCN |
| Plaintiff, ) | NOTICE OF INTENT TO PLEAD GUILTY |
| vs. ) | |
| ALEXANDER LEE TUCKER ) | |
| Defendant. ) | |

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT
   BART M. DAVIS, UNITED STATES ATTORNEY
   FRANCIS ZEBARI, ASSISTANT UNITED STATES ATTORNEY

COMES NOW, the defendant, ALEXANDER LEE TUCKER, by and through his counsel of record, Thad Blank, and the Federal Defender Services of Idaho, and respectfully notifies the Court that it is his intention to plead

-1-

-2-

guilty as charged in the Indictment, pursuant to a written plea agreement. The signed Plea Agreement will be filed when it is received from Mr. Tucker.

Accordingly, Mr. Tucker respectfully requests that the Court vacate his current trial date and set a date for his change of plea and sentencing at the Court's earliest convenience.

Dated: May 28, 2020   SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:


<u>/s/ Thad Blank</u>
Thad Blank
Federal Defender Services of Idaho
Attorneys for Defendant
ALEXANDER LEE TUCKER

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 28th day of May 2020.

| | |
|---|---|
| Francis Zebari, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| Washington Group Plaza, IV | ____Hand Delivery |
| 800 Park Blvd, Suite 600 | ____Facsimile Transmission |
| Boise, ID 83712 | __X__CM/ECF Filing |
| (208) 334-1211 | ____Email Transmission |
| (208) 334-1413 – Facsimile | |
| Frank.Zebari@usdoj.gov | |

Dated: May 28, 2020          /s/ Sybil Davis
                             Sybil Davis